UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Bartoli et al,* <br> vs. <br> *The Islamic Republic of Iran* | 24-cv-04715 (GBD)(SN) <br> ECF Case |

**ORDER OF JUDGMENT AS TO LIABILITY AND FOR PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF THE PLAINTIFFS IDENTIFIED AT EXHIBIT A**

Upon consideration of the evidence and arguments submitted by Plaintiffs through the Motion for Entry of Partial Final Default Judgment Against the Islamic Republic of Iran as to Liability and Damages (the "Motion"), who represents Plaintiffs, who were physically injured on September 11, 2001 as a proximate result of the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

**ORDERED** that the Motion is granted and default judgment as to liability is entered in favor of the Plaintiffs in *Bartoli et al v. The Islamic Republic of Iran*, Case No. 24-cv-04715 (GBD)(SN) against the Republic of Iran; and it is

**ORDERED** that a review of Plaintiffs' submission makes clear that Plaintiffs suffered profoundly as a result of the tragic events of September 11, 2001, and this review supports the determination that the following personal injury award is appropriate:

| Category of Injury | Pain and Suffering Damages Award |
|---|---|
| Significant | $5,000,000 |
| Severe | $7,000,000 |
| Devastating | $10,000,000 |

; and it is

**ORDERED** that the Plaintiffs identified in the attached Exhibit A are awarded judgment for pain and suffering damages as set forth in Exhibit A; and it is

**ORDERED** that the Plaintiffs identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, all interest compounded annually over the same period, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in the attached Exhibit A are may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue.

The Clerk of the Court is directed to close the motions in 03 MDL 1570, (ECF No. 11394), and 24 Civ. 4715, (ECF No. 39), accordingly.

Dated: _____, 2025     **SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge

2